**Order entered September 29, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00709-CR

### WENDELL LAMONT PERVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F94-41885-T**

### ORDER

Before the Court is the State's September 23, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on October 26, 2020.

On September 29, 2020, the Texarkana Court of Appeals emailed the reporter's record from the underlying appeal. We **ORDER** the reporter's record filed in as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE